Joseph ROBERTS, Plaintiff–Appellant,

v.

WARDEN; William L. Bruekman, Defendants–Appellees.

No. 06–7385.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 15, 2007.

Decided: Feb. 22, 2007.

Joseph Roberts, Appellant Pro Se. David Reid Moore, Office of the Attorney General of Maryland, Baltimore, Maryland; Melissa Shane Whipkey, McGuire Woods, LLP, Baltimore, Maryland, for Appellees.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Roberts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Roberts v. Warden,* No. 8:05–cv–01981–PJM (D.Md. July 24, 2006). We dispense with oral argument because the facts and legal

---

tive means to test the legality of his conviction and sentence. See *In re Jones,* 226 F.3d 328, 332–34 (4th Cir.2000).

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*